**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. C 13-80241 WHA

IN THE MATTER OF

In the Matter of Brian Rene Linnekens -
#206144

**ORDER OF SUSPENSION**

_____/

Because Brian Rene Linnekens has failed to respond to the order to show cause, Mr.

Linnekens's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated:   January 14, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE